CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive

Shoreham, NY 11786

Tel. (212) 979-7575

Fax (631) 929-1700

cjbowes@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/19/26
```

May 18, 2026

**MEMO ENDORSED**

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Gesner v. SSA
       26 Civ. 1154 (BCM)

Dear Judge Moses:

I am writing to request an extension of time, nunc pro tunc, in which to file plaintiff's Brief.  Plaintiff's papers were due May 13, 2026 (i.e. 30 days form the filing of the certified administrative record)

Regrettably, my records incorrectly indicated that I had sought a revision of the briefing schedule, but I now realize that this was incorrect,  I apologize to the Court and opposing counsel for the disruption to your schedules occasioned by my error. In consultation with opposing counsel, Special Assistant United States Attorney Candace Casey Brown, I respectfully request that the Court approve the following revised schedule:

| | |
|---|---|
| June 12, 2026 | Plaintiff's Brief |
| August 11, 2026 | Defendant's Brief |
| August 25, 2026 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:    SAUSA Candace Casey Brown

Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**May 19, 2026**