CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/16/26__

June 16, 2026

**MEMO ENDORSED**

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Gesner v. SSA
       26 Civ. 1154 (BCM)

Dear Judge Moses:

I am writing to correct my previous letter filed earlier this morning. ECF No. 11.  I incorrectly indicated that the counsel for the Commissioner's consented to file their brief on August 11, 2026 but my letter should have indicated August 17, 2026 for defendant's Brief.

I am extremely sorry for the repeated requests to the Court and opposing counsel and humbly request the Court's permission to correct my requests accordingly

| June 16, 2026 | Plaintiff's Brief |
| August 17, 2026 | Defendant's Brief |
| August 25, 2026 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:    SAUSA Candace Casey Brown

Application GRANTED. No further extensions of plaintiff's deadline to file the opening brief will be granted. The Clerk of Court is respectfully directed to close the motions at Dkts. 11 and 12. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**June 16, 2026**